# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY BITTERMAN, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE FIDELITY SOUND LAB, INC. and AUDIOPHILE MUSIC DIRECT, INC.,<br><br>Defendants. | Case No. 1:22-cv-04714<br><br>Honorable Sara L. Ellis<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD

Defendants Mobile Fidelity Sound Lab, Inc. and Audiophile Music Direct, Inc. (collectively, "Defendants") and Plaintiff Gregory Bitterman ("Plaintiff"), by and through their attorneys, hereby move to extend the time for Defendants to answer or otherwise plead in response to Plaintiff's complaint, and state in support as follows:

1. On September 1, 2022, Plaintiff filed a class action complaint, containing causes of action for (i) violation of the Magnuson-Moss Warranty Act, 15, U.S.C. §§ 2301, *et seq.*; (ii) breach of express warranty; (iii) breach of implied warranty; (iv) violation of N.Y. Gen. Bus. Law § 349; (v) violation of N.Y. Gen. Bus. Law § 350; (vi) fraud; and (vii) unjust enrichment (the "Class Action Complaint").

2. On September 19, 2022, Plaintiff served Defendants with the Class Action Complaint. Defendants' deadline to answer or otherwise plead is October 10, 2022.

3. On September 19, 2022, Plaintiff also issued a request, and Defendants returned, an executed waiver for formal service of a summons. The waiver provides for a ninety-day extension to answer the Class Action Complaint or otherwise plead.

4. Attorney Joseph J. Madonia of JOSEPH J. MADONIA & ASSOCIATES is Defendants' outside general counsel ("Defendants' General Counsel").

5. Since September 19, 2022, Defendants and its General Counsel have actively engaged in the process of retaining experienced class action counsel to assist in the representation of Defendants in this matter.

6. In connection with the retention of such counsel, and to address the complex allegations set forth in Plaintiff's Class Action Complaint, the parties formally request a ninety-day extension for Defendants to file its responsive pleading, as provided in the executed waiver of summons. The request extends Defendants' deadline to respond to December 19, 2022.

7. Plaintiff's counsel has informed Defendants' General Counsel that Plaintiff agrees to the relief requested in this agreed motion and to its filing with the Court.

8. This motion is made in good faith, is timely filed, and is not intended to unduly delay resolution of this matter.

9. This is the first time either party has asked to extend the time for Defendant to answer or otherwise plead. No party will be unduly prejudiced by this extension.

WHEREFORE, the parties respectfully request an extension until December 19, 2022 for Defendants' to answer or otherwise plead.

Dated: September 28, 2022

Respectfully submitted,

*/s/ Joseph J. Madonia*
Joseph J. Madonia
**JOSEPH J. MADONIA & ASSOCIATES**

        5757 North Sheridan, Suite 10A
        Chicago, Illinois 60660
        Tel: (312) 953-9000
        Email: josephmadonia@gmail.com

*Counsel for Defendants*


*/s/ Amy E. Keller*
Adam J. Levitt
Amy E. Keller
Michelle I. Locascio
**DiCELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
Email: alevitt@dicellolevitt.com
       akeller@dicellolevitt.com
       mlocascio@dicellolevitt.com

Andrew B. Miller
**STARR AUSTEN & MILLER, LLP**
201 South 3rd Street
Logansport, Indiana 46947
Tel: (574) 722-6676
Email: miller@starrausten.com

Kenneth J. Grunfeld
Kevin W. Fay
**GOLOMB SPIRT GRUNFELD, P.C.**
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19102
Tel: (215) 985-9177
Email: kgrunfeld@golomblegal.com
       kfay@golomblegal.com

*Counsel for Plaintiff and the Putative Class Members*

## **CERTIFICATE OF SERVICE**

I, Amy E. Keller, hereby certify that on September 28, 2022, a copy of the foregoing document was filed electronically using the CM/ECF System, which will send notification of such filing to all counsel of record.

*/s/ Amy E. Keller*
Amy E. Keller
