UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM STILES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE FIDELITY SOUND LAB, INC.,<br><br>Defendant. | Case No. 1:22-cv-04405<br><br>Honorable Manish S. Shah |
| GREGORY BITTERMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE FIDELITY SOUND LAB, INC. and AUDIOPHILE MUSIC DIRECT, INC.,<br><br>Defendant. | Case No. 1:22-cv-04714<br><br>Honorable Manish S. Shah |

**JOINT STATUS REPORT REGARDING THE STATUS OF THE *TUTTLE* LITIGATION**

Plaintiffs Adam Stiles and Gregory Bitterman ("Plaintiffs") and Defendants Mobile Fidelity Sound Lab, Inc. and Audiophile Music Direct, Inc. ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report regarding the status of the litigation in *Tuttle v. Audiophile Music Direct, Inc.*, No. C22-1081JLR (W.D. Wash.) ("*Tuttle*") pursuant to the Court's December 5, 2023 Orders. *See Stiles*, ECF No. 39; *Bitterman*, ECF No. 35.

On December 26, 2023, the *Tuttle* Court granted Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees and Costs. *Tuttle*, ECF No. 72. The next

1

day, the *Tuttle* Court entered final judgment and dismissed the case with prejudice. *Id.* at ECF No. 73. With the resolution of the *Tuttle* litigation, the Parties respectfully ask the Court to administratively terminate the *Stiles* and *Bitterman* matters with prejudice.

Dated:  January 29, 2024                    Respectfully submitted,

**DICELLO LEVITT LLP**

By: */s/ Michelle I. Locascio*
         Michelle I. Locascio

Adam J. Levitt
Amy E. Keller
Michelle I. Locascio
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
Email: alevitt@dicellolevitt.com
           akeller@dicellolevitt.com
           mlocascio@dicellolevitt.com

**GOLOMB SPIRT P.C.**
Kevin W. Fay
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19102
Tel: (215) 985-9177
Email: kfay@golomblegal.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Max S. Roberts
888 Seventh Avenue
New York, New York 10019
Tel: (646) 837-7150
Email: pfraietta@bursor.com
           mroberts@bursor.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000

Email: malmstrom@whafh.com

*Attorneys for Plaintiffs*

**BARNES & THORNBURG LLP**

By: */s/ Christine E. Skoczylas*
      Christine E. Skoczylas

Joseph F. Madonia
Mark L. Durbin
Christine E. Skoczylas
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel: (312) 214-5611
Email: joseph.madonia@btlaw.com
      mark.durbin@btlaw.com
      christine.skoczylas@btlaw.com

**JOSEPH J. MADONIA & ASSOCIATES**
Joseph J. Madonia
5757 North Sheridan, Suite 10A
Chicago, Illinois 60660
Telephone: (312) 953-9000
Facsimile: (773) 654-5066
Email: josephmadonia@gmail.com

*Attorneys for Defendant Mobile Fidelity Sound Lab, Inc. and Audiophile Music Direct, Inc.*